DAVID A. BOONE - SBN 74165
ANH H. NGUYEN- SBN 262696
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Fax: (408) 291-6016

ATTORNEYS FOR DEBTORS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 |
| ) | |
| Edwin Nalupita Caoili ) | |
| Trinidad Rodrigo Caoili ) | CASE NO.: 18-41611 RLE |
| ) | |
| ) | Date: August 1, 2018 |
| ) | Time: 1:30 P.M |
| Debtors ) | Room: 201 |
| ) | |
| ) | The Honorable Roger L. Efremsky |

**NOTICE OF HEARING ON MOTION TO EXTEND THE AUTOMATIC STAY AS TO ALL CREDITORS**

TO ALL PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that a HEARING on Debtor's Motion to Extend the Automatic Stay as to All Creditors shall be heard on August 1st 2018 at 1:30 P.M at the United States Bankruptcy Court, Room 201, U. S. Courthouse, 1300 Clay Street, Suite 300, Oakland, California before the Honorable Roger L. Efremsky.

Dated: July 17th 2018          LAW OFFICES OF DAVID A. BOONE

                                By  /s/  Anh Nguyen
                                    ANH H. NGUYEN
                                    Attorneys for Debtors