DAVID A. BOONE - SBN 74165
ANH H. NGUYEN- SBN 262696
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Facsimile: (408) 291-6016

ATTORNEY FOR DEBTORS
EDWIN NALUPITA CAOILI &
TRINIDAD RODRIGO CAOILI

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| EDWIN NALUPITA CAOILI | ) | CASE NO.: **18-41611 RLE** |
| | ) | |
| TRINIDAD RODRIGO CAOILI | ) | |
| | ) | |
| Debtors. | ) | No Hearing Requested |
| | ) | |

**MOTION TO VALUE PERSONAL PROPERTY**

Debtors hereby moves to value their 2008 Ford Explorer with approximately 176,000 miles at $5245.00, limit Creditor, GM Financial's secured claim to $5,245.00, and that any amount in excess be treated as a general unsecured claim, pursuant to 11 U.S.C. §§ 506 and 1322 (b) (2), FRBP 3012 and 9014, and B.L.R. 9014-1, which determination shall become part of Debtors' confirmed Chapter 13 Plan.


Dated: August 6, 2018                    LAW OFFICES OF DAVID A. BOONE


                                         /s/ Anh Nguyen
                                         ANH NGUYEN,
                                         Attorney for Debtors