1   DAVID A. BOONE, ESQ., #74165
    LAW OFFICES OF DAVID A. BOONE
2   1611 The Alameda
    San Jose, California 95126
3   (408) 291-6000

4   ATTORNEYS FOR DEBTOR(S)

5

6

7
                    UNITED STATES BANKRUPTCY COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  IN RE:                          )        CHAPTER 13
                                    )
11  Edwin Nalupita Caoili           )        CASE NO.: 18-41611 RLE
    Trinidad Rodrigo Caoili         )
12                                  )
                                    )
13                                  )
    _____)

14
         **NOTICE AND OPPORTUNITY TO OBJECT TO FIRST AMENDED CHAPTER 13**
15                                  **PLAN**

16          NOTICE IS HEREBY GIVEN that the Debtor(s) have filed their first Amended Chapter

17  13 Plan. Any objection to the requested relief, or a request for hearing on the matter, must be

18  filed with the Clerk of the U.S. Bankruptcy Court, and served on the Debtor(s') attorney and the

19  Chapter 13 Trustee, within twenty eight (28) days of mailing of the notice.

20

21  Dated: August 8, 2018                        /s/ Anh Nguyen
                                            _____
22                                          Law Offices of David A. Boone
                                            Attorney for Debtor(s)
23

24  V:\19331\Plan to be served\Notice Oakland Plan 28 days.wpd

25

26

27

28