Sean Ferry (SBN 310347)
sferry@rasflaw.com
**ROBERTSON, ANSCHUTZ & SCHNEID**
7676 Hazard Center Drive, Suite 500
San Diego, CA 92108
Telephone: (561) 241-6901 Ext. 2036

Attorneys for Creditor
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OW1

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Edwin Nalupita Caoili and Trinidad Rodrigo Caoili,<br>　　　　Debtor(s). | Case No. 18-41611<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**<br><br>**SUBJECT PROPERTY:**<br>6727 Spruce Ln<br>Dublin, CA 94568<br><br>**CONFIRMATION HEARING:**<br>JUDGE:　　Roger L. Efremsky |

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OW1 by and through its authorized loan servicing agent, OCWEN - Ocwen Loan Servicing, LLC (collectively the "Creditor"), secured creditor of the above-entitled debtor, Edwin Nalupita Caoili and Trinidad Rodrigo Caoili, ("Debtors"), hereby objects to confirmation of the Chapter 13

- 1 - 　　　　CASE NO. 18-41611
**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION**

Plan filed by the Debtor in the above-referenced matter. The basis of the objection is stated below:[1]

### I. STATEMENT OF FACTS[2]

On or about September 22, 2005 Debtor executed a promissory note in the original principal sum of $526,000.00 (the "Note") which was made payable to Ownit Mortgage Solutions, INC., A California Corporation . ("Lender"). The Note was and remains secured by a recorded deed of trust (the "Deed of Trust") encumbering the real property located at 6727 Spruce Lane, Dublin, CA 94568 (the "Subject Property"). Subsequently, Lender's beneficial interest under the Deed of Trust was transferred to Creditor.

On July 13, 2018 Debtor filed the instant Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Northern District of California – Oakland Division, and was assigned case number 18-41611.

On July 24,2018 Debtor filed their Chapter 13 Plan ("Plan") which provides for Creditor's claim in Class 3.07. The Plan includes payments towards Creditor's claim; however, the figures used by the Debtor are inaccurate. It is anticipated that Creditor's claim will show the pre-petition arrearage due to Creditor in the amount of $15,411.93 whereas the Plan proposes to pay only $10,164.00.

Creditor is in the process of preparing a proof of claim for this matter.

### II. ARGUMENT

**A.  DEBTOR'S CHAPTER 13 PLAN CANNOT BE CONFIRMED BECAUSE IT DOES NOT PROMPTLY CURE CREDITOR'S PRE-PETITION ARREARS AS REQUIRED BY 11 U.S.C. §1322(b)(5)**

Section 1325(a)(1) requires that "the plan complies with the provisions of this chapter and with the other applicable provisions of this title." 11 U.S.C. § 1325(a)(1). Section 1322(b)(5)

---

[1] This objection shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Robertson, Anschutz, & Schneid's participation in this proceeding. Moreover, the within party does not authorize Robertson, Anschutz, & Schneid, either expressly or impliedly through Robertson, Anschutz, & Schneid's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

[2] Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of Federal Rules of Bankruptcy Procedure, Creditor requests that the Court take judicial notice of the sworn bankruptcy schedules and other relevant documents filed in the instant case.

requires that all chapter 13 plans must provide for the "curing of any default within a reasonable time and maintenance of payments while the case is pending on any unsecured claim or secured claim on which the last payment is due after the date on which the final payment under the plan is due." Further, section 1322(b)(2) prohibits debtors from modifying the rights of secured creditor whose security interest is secured solely by the debtor's principal residence.

In the present case, the major deficiency with Debtor's Plan is that it incorrectly asserts the outstanding arrearage balance of Creditor's pre-petition claim. Specifically, Debtor's Plan states that Creditor's pre-petition arrears are only $10,164.00; however, Creditor anticipates[3] that its claim will reflect pre-petition arrears in the amount of $15,411.93. Accordingly, Debtor's Plan fails to meet the requirements of section 1325(a)(1) because it does not provide to promptly cure the **entire** outstanding balance of Creditor's arrearage claim as required by section 1322(b)(5). Based upon the foregoing, the Court should deny confirmation of the Debtor's Plan. In the alternative, the Court should confirm the Plan with a provision stating the Debtor must cure Creditor's entire pre-petition arrears, estimated in the amount of $15,411.93, in equal monthly payments over a period of time not to exceed (60) months.

**WHEREFORE**, Creditor respectfully requests:

1. That the Court deny confirmation of the Debtor's Plan;
2. For such other and further relief as this court deems just and proper

Respectfully submitted,

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L**.

Dated: 8/9/2018

/s/ *Sean Ferry* (SBN 310347)
SEAN FERRY
Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OW1

---

[3] The deadline for filing a proof of claim is 09/21/2018.

Sean Ferry (SBN 310347)
sferry@rasflaw.com
**ROBERTSON, ANSCHUTZ & SCHNEID**
7676 Hazard Center Drive, Suite 500
San Diego, CA 92108
Telephone: (561) 241-6901 Ext. 2036

Attorneys for Creditor
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OW1

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Edwin Nalupita Caoili and Trinidad Rodrigo Caoili,<br>　　　　　　　Debtor(s). | Case No. 18-41611<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE**<br><br>**SUBJECT PROPERTY:**<br>6727 Spruce Ln<br>Dublin, CA 94568<br><br>**CONFIRMATION HEARING:**<br>JUDGE:　　Roger L. Efremsky |

I, Sean C. Ferry, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned case; my business address is 7676 Hazard Center Drive, Suite 500, San Diego, CA 92108.

On August 9, 2018, I caused copies of the following document(s) to be served:

1. **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGANIZATION**

in the following manner on the parties listed below:

- 1 -　　　　　　　　　　　　　　　CASE NO. 18-41611
**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION**

- **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

    **DEBTOR**
    Edwin Nalupita Caoili
    6727 Spruce Lane
    Dublin, CA 94568
    **DEBTOR'S COUNSEL**
    Law Offices of David A. Boone
    1611 Alameda
    San Jose, CA 95126

- **BY ELECTROIC SERVICE (ECF):**
    **TRUSTEE**

    Martha G. Bronitsky

    **US TRUSTEE**

    Office of the U.S. Trustee/OAK

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 9th day of August, 2018 at San Diego, California.

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L**.

Dated: 8/9/2018

/s/ *Sean Ferry* (SBN 310347)
SEAN FERRY
Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OW1

- 2 -    CASE NO. 18-41611
**OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN OF REORGNAIZATION**