DAVID A. BOONE - SBN 74165
ANH H. NGUYEN - SBN 262696
THE LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone: (408) 291-6000
Facsimile: (408) 291-6016

ATTORNEY FOR DEBTORS
EDWIN NALUPITA CAOILI &
TRINIDAD RODRIGO CAOILI

UNITED STATES BANKRUPTCY COURT
NORTHER DISTRICT OF CALIFORNIA

| IN RE: | ) | CASE NO.: 18-41611 RLE |
|---|---|---|
| EDWIN NALUPITA CAOILI | ) | CHAPTER 13 |
| TRINIDAD RODRIGO CAOILI | ) | REQUEST FOR ENTRY OF DEFAULT RE MOTION TO VALUE PERSONAL PROPERTY |
| Debtors. | ) | |

Debtors, EDWIN NALUPITA CAOILI and TRINIDAD RODRIGO CAOILI, hereby request an Order valuing their personal property fully described as a 2008 Ford Explorer with approximately 176,000 miles.

I, Anh Nguyen, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and before the Northern District of California, and I am an associate of the law firm, The Law Offices of David A. Boone, attorneys for Debtors and Applicants, EDWIN NALUPITA CAOILI and TRINIDAD RODRIGO CAOILI. The matters set forth herein are based upon my personal knowledge, except for those matters set forth on information and belief, and if called as a witness I could and would testify competently thereto.

2. On August 6, 2018, a copy of the NOTICE AND OPPORTUNITY TO REQUEST HEARING ON MOTION TO VALUE PERSONAL PROPERTY; MOTION TO VALUE PERSONAL PROPERTY, DECLARATION OF DEBTOR IN SUPPORT MOTION TO VALUE PERSONAL PROPERTY WITH EXHIBIT ONE were served on the Chapter 13 Trustee (by ECF) and creditors as followed:

**Trustees:**

Martha G. Bronitsky, Chapter 13 Trustee

By Electronic Notice Only

Office of the U.S. Trustee / OAK

By Electronic Notice Only

**Served by Certified Mail:**

**Beneficiary/Effected Lien Holders (Schedule D Address, Judgment Lien Address):**

Americredit Financial Services INC dba GM Financial

PO Box 181145

Arlington, TX 76096

attention: President or managing manager

**FDIC Address:**

None

**Corporate Offices:**

GM Financial

101 South Tryon Street, Suite 2440

Charlotte, NC 28280

Attn: President/Officer

**Corporate Officers/ Corporate address under CA Secretary of State**

Daniel E. Berce, President & CEO

General Motors Financial Company, Inc.

801 Cherry Street, Suite 3500

Fort Worth, TX 76102

**Agent for Service of Process under California Secretary State**

GM Financial

| | |
|---|---|
| 1 | Attention: Sean C. Casey |
| 2 | 251 LITTLE FALLS DR |
| 3 | WILMINGTON DE 19808 |
| 4 | |
| 5 | **Request for Special Notice:** |
| 6 | Americredit Financial Services INC dba GM Financial |
| 7 | P.O. BOX 183853 |
| 8 | Arlinton, TX 76096 |
| 9 | Attention: Mandy Youngbood |

10 3. Pursuant to Local Rule 9014-1, interested parties were given twenty eight (28) days to request a hearing on this matter.

12 4. Twenty eight days have elapsed since such service and I have not been served with a response or a request for hearing.

14 5. Relief by Entry of Default is appropriate and is hereby requested by this application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge.

Executed this day of September 4 , 2018, at San Jose, California.


　　　　　　　　　　　　　　　　　　　　/s/ Anh Nguyen
　　　　　　　　　　　　　　　　　　　　ANH NGUYEN