Sean C. Ferry (SBN 310347)
sferry@rasflaw.com
**ROBERTSON, ANSCHUTZ & SCHNEID**
7676 Hazard Center Drive, Suite 500
San Diego, CA 92108
Telephone: (561) 241-6901 ext. 2036

Attorneys for Creditor
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OW1

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

In re

Edwin Nalupita Caoili,

and

Trinidad Rodrigo Caoili,

Debtors.

Case No. 18-bk-41611

Chapter 13

**NOTICE OF WITHDRAWAL**

**NOTICE IS HEREBY GIVEN THAT** U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OW1 ("Creditor"), secured creditor of the above-entitled debtors, Edwin Nalupita Caoili and Trinidad Rodrigo Caoili ("Debtors"), hereby WITHDRAWS the Objection to Confirmation of Plan ("Objection"), Docket No. 36, filed on August 9, 2018, as the Objection was resolved via the amended plan.

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L**.

Dated: September 4, 2018

/s/ *Sean C. Ferry* (SBN 310347)
SEAN C. FERRY
Attorneys for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OW1

Sean C. Ferry (CA SBN 310347)
Robertson, Anschutz, & Schneid, P.L.
7676 Hazard Center Drive, Suite 500
San Diego, CA 92108
Telephone: (561) 241-6901 ext. 2036
Email: sferry@rasflaw.com

Attorneys for
U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OW1

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Edwin Nalupita Caoili,<br><br>and<br><br>Trinidad Rodrigo Caoili,<br><br>Debtors. | Case No. 18-41611<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE** |

I, Sean C. Ferry, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned case; my business address is 7676 Hazard Center Drive, Suite 500, San Diego, CA 92108.

On September 4, 2018, I caused copies of the following document(s) to be served:

1. **NOTICE OF WITHDRAWAL**

in the following manner on the parties listed below:

- **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

**DEBTOR**
Edwin Nalupita Caoili
Trinidad Rodrigo Caoili
6727 Spruce Lane
Dublin, CA 94568

**DEBTOR'S COUNSEL**
Law Offices of David A. Boone
1611 The Alameda
San Jose, CA 95126

-1-

- **BY ELECTROIC SERVICE (ECF):**

    **TRUSTEE**
    Martha G. Bronitsky

    **US TRUSTEE**
    Office of the U.S. Trustee/OAK

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 4th day of September, 2018 at San Diego, California.

/s/ Sean C. Ferry
Sean C. Ferry